IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Elvira Perez, <br><br> Plaintiff, <br><br> v. <br><br> Robert F. Kennedy, in his official capacity as Secretary of Health and Human Services; Leland Dudek, in his official capacity as Acting Commissioner for Social Security; Eunice Medina, in her official capacity as interim Director of the South Carolina Department of Health and Human Services; Emily Zalkovsky, in her official capacity as Director for the Texas Health and Human Services Commission; and David J. Cole, in his official capacity as President of The Medical University of South Carolina, <br><br> Defendant. | C/A No. 1:25-cv-1153-JFA-SVH <br><br><br> **ORDER** |

    This matter comes before the court on the notice of voluntary dismissal filed by Jose A. Perez, son of Plaintiff.[1] (ECF No. 13). In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), the case was referred to the Magistrate Judge for initial review. After receiving the notice of voluntary dismissal, the Magistrate Judge prepared a thorough Report and Recommendation[2] ("Report"). (ECF No. 14). Within the Report, the

---

[1] Mr. Perez has been advised that he may not proceed pro se in this case on his mother's behalf. (ECF No. 10).

[2] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.). The Magistrate Judge makes only a recommendation to this

Magistrate Judge opines that this matter should be dismissed pursuant to the Notice of Voluntary Dismissal. *Id.* The Report sets forth, in detail, the relevant facts and standards of law on this matter, and this Court incorporates those facts and standards without a recitation.

Plaintiff was advised of his right to object to the Report, which was entered on the docket on March 28, 2025. *Id.* The Magistrate Judge required Plaintiff to file objections by April 11, 2025. *Id.* Plaintiff failed to file objections. Thus, this matter is ripe for review.

A district court is only required to conduct a *de novo* review of the specific portions of the Magistrate Judge's Report to which an objection is made. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b); *Carniewski v. W. Virginia Bd. of Prob. & Parole*, 974 F.2d 1330 (4th Cir. 1992). In the absence of specific objections to portions of the Magistrate's Report, this Court is not required to give an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

Here, Plaintiff has failed to raise any objections and therefore this Court is not required to give an explanation for adopting the recommendation. A review of the Report and prior orders indicates that the Magistrate Judge correctly concluded that Plaintiff's Complaint is subject to dismissal.

After carefully reviewing the applicable laws, the record in this case, and the Report, this Court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. Accordingly, this Court adopts the

---

Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976).

Magistrate Judge's Report and Recommendation and incorporates it herein by reference. (ECF No. 14). Consequently, this action is dismissed without prejudice pursuant to the Notice of Voluntary Dismissal.

IT IS SO ORDERED.

May 21, 2025                                                       Joseph F. Anderson, Jr.
Columbia, South Carolina                                   United States District Judge